# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TORREY S. SCOTT,

    Plaintiff,

v.

PENNY HAAS FREESMAN; FRANK PENNINGTON II; and RICHARD DARDEN;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-34

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 28, 2019 Report and Recommendation, (doc. 12), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's complaint without prejudice and **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED**, this 9th day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA